**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:23-CV-00004-RJC-SCR**

| | | |
|---|---|---|
| **DAVID WORRELL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **PECO INSURANCE LLC, et. al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Steven G. Loosle]" (Doc. No. 4) filed September 28, 2023.  For the reasons set forth therein, the Motion will be <u>granted.</u>

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel <u>and to the Honorable Robert J. Conrad Jr.</u>

      **SO ORDERED**.

Signed: September 28, 2023

Susan C. Rodriguez
United States Magistrate Judge