# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| David Worrell, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:23-cv-00004-RJC-SCR |
| | ) | |
| vs. | ) | |
| | ) | |
| Peco Insurance LLC | ) | |
| Cover Whale | | |
| Julio Batista | | |
| Progressive Mountain Insurance Co | | |
| Dianelys Zamora | | |
| Capital Premium Financing, LLC, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 23, 2024 Order.

August 23, 2024

_____
Katherine Hord Simon, Clerk
United States District Court